# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JASON LLOYD PIERCE**
**ADC #154087**                                                    **PLAINTIFF**

v.                            **No. 3:17-cv-268-DPM-JTR**

**STEVE RORAX, Administrator,**
**Poinsett County Detention Center;**
**BECKY HITT, Head Jailer, Poinsett**
**County Detention Center; and SUSAN**
**COX, Nurse, Poinsett County Jail**              **DEFENDANTS**

## ORDER

Unopposed recommendation, № 10, adopted. FED. R. CIV. P. 72(b)
(1983 addition to advisory committee notes). Pierce's official-capacity
claims for damages are dismissed without prejudice. Pierce may proceed
with his claims about inadequate medical care and failure to protect.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2018