# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JASON LLOYD PIERCE,
ADC #154087                                                                    PLAINTIFF

V.                            3:17CV00268 DPM/JTR

STEVE RORAX, Administrator,
Poinsett County Detention Center, et al.                                       DEFENDANTS

## ORDER

The Clerk is directed to prepare a summons for Rorax, Hitt, and Cox at the Poinsett County Detention Center. The U.S. Marshal is directed to serve the summons, Complaint, Amended Complaint, and March 30, 2018 Order *(Doc. 11)* on them without prepayment of fees and costs or security therefor. If any of the Defendants are no longer Poinsett County employees, the individual responding to service must file a **sealed** statement providing the unserved Defendant's last known private mailing address.

Dated this 28th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

1