UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JASON LLOYD PIERCE                                                                    PLAINTIFF
ADC #154087

V.                          3:17CV00268 DPM/JTR

STEVE RORAX, Administrator,
Poinsett County Detention Center, *et al.*                                          DEFENDANTS

## **ORDER**

On May 18, 2018, mail sent to Plaintiff Jason Lloyd Pierce ("Pierce") at his address of record, the Barbara Ester Unit of the Arkansas Department of Correction ("ADC"), was returned as undeliverable. *Doc. 19.* According to its website, Pierce is no longer incarcerated in the ADC.[1] The Court has previously notified Pierce of his obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk of this Court. *Doc. 4.* Accordingly, Pierce is directed to file a notice of his current mailing address, **on or before June 21, 2018.** If Pierce does not timely do so, his case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 21st day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* http://adc.arkansas.gov (Inmate Search).