# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JASON LLOYD PIERCE                                      PLAINTIFF
ADC #154087

V.                      3:17CV00268 DPM/JTR

STEVE ROREX, Administrator,
Poinsett County Detention Center, *et al.*               DEFENDANTS

## **ORDER**

Defendants have filed a Motion to Dismiss arguing that this *pro se* § 1983 action should be dismissed because Plaintiff has failed to respond to discovery, to comply with Court orders, and to prosecute this action. *Doc. 28.*

Plaintiff must file, **on or before July 25, 2018**, a Response to Defendants' Motion to Dismiss. Plaintiff is advised that, if he fails to timely do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 6th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE