# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

JASON LLOYD PIERCE
ADC #154087                                                                 PLAINTIFF

v.                    No. 3:17-cv-268-DPM-JTR

STEVE ROREX, Administrator;
BECKY HITT, Head Jailer; and
SUSAN COX, Nurse, Poinsett
County Detention Center                                                    DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Pierce hasn't responded to Defendants' motion to dismiss or to the Court's Orders; his mail is still being returned undelivered. № 19–21 & 25–30. Pierce's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Motion to dismiss, № 28, denied without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 September 2018