# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JASON LLOYD PIERCE
ADC #154087                                                                PLAINTIFF

v.                          No. 3:17-cv-268-DPM-JTR

STEVE ROREX, Administrator;
BECKY HITT, Head Jailer; and
SUSAN COX, Nurse, Poinsett
County Detention Center                                                    DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 September 2018